**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM L. McBURNIE, | : | CIVIL ACTION NO. 11-6801 (MLC) |
| Plaintiff, | : | **O P I N I O N** |
| v. | : | |
| MARSH & McLENNAN COMPANIES, INC., et al., | : | |
| Defendants. | : | |

**THE COURT** ordered the parties to show cause why the action should not be transferred to the United States District Court for the Southern District of New York.  (Dkt. entry no. 26, 3-19-12 Order To Show Cause ("OTSC").)  The Court has set forth the reasons for why a transfer of the action to the Southern District of New York would be appropriate, and will not repeat those reasons here.  (Id. at 1-3.)

**THE DEFENDANTS** Marsh & McLennan Companies, Inc., Marsh Inc., Marsh USA Inc., Marsh Global Broking Inc., and Marsh Placement Inc. ("Marsh Defendants") agree that "[t]his case belongs in the [Southern District of New York]".  (Dkt. entry no. 28, Marsh Defs. Br. at 1.)[1]  The defendant Kroll Inc. filed a letter that

---

[1] The Marsh Defendants also demonstrate that many of the allegations asserted herein are nearly identical to many of the allegations asserted in Gilman v. Marsh & McLennan Companies, Inc., No. 10-8158 (S.D.N.Y.).  (See Marsh Defs. Br. at 7-10.)

does not directly address the issues raised in the Order To Show Cause (see dkt. entry no. 33, 4-11-12 Letter), and thus is deemed to be in support of a transfer to the Southern District of New York.  (See OTSC at 4 (stating "if any party fails to respond to this Order To Show Cause, then that party will be deemed to be in support of a transfer of venue").)

    **THE PLAINTIFF** opposes a transfer.  (See dkt. entry no. 32, Pl. Br. at 1-28.)  The Court has thoroughly reviewed all of the plaintiff's arguments presented in opposition, and finds them to be without merit.

    **THE COURT** will thus (1) grant the Order To Show Cause, and (2) transfer the action to the Southern District of New York. For good cause appearing, the Court will issue an appropriate order.

                                                s/ Mary L. Cooper
                                                **MARY L. COOPER**
                                                United States District Judge

Dated:  May 7, 2012